# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ERIC THOMPSON, *et al.* ) | |
| on behalf of themselves and all similarly ) | |
| situated individuals, ) | Case No. 3:07-cv-00412 |
| ) | |
| Plaintiffs, ) | JUDGE ECHOLS |
| ) | JUDGE KNOWLES |
| v. ) | |
| ) | |
| BRUISTER AND ASSOCIATES, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

___

## DEFENDANT SUSAN RIGDON'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant, Susan Rigdon ("Ms. Rigdon"), hereby moves this Court to dismiss her as a Defendant in this case since she lacks sufficient contacts with the State of Tennessee.

Ms. Rigdon relies upon the Memorandum of Law in Support of Motion to Dismiss submitted contemporaneously herewith, as well as the following exhibit which is attached hereto:

    Exhibit A        Declaration of Susan Rigdon

DATED this the 22nd day of June, 2009.

                Respectfully submitted,

                BAKER DONELSON BEARMAN
                CALDWELL & BERKOWITZ, PC

                s/ Charles A. Powell IV
                Charles A. Powell IV
                BAKER DONELSON BEARMAN
                CALDWELL & BERKOWITZ, PC
                420 Twentieth Street North, Suite 1600
                Birmingham, Alabama  35203
                (205) 244-3822 (Telephone)
                (205) 488-3833 (Facsimile)
                cpowell@bakerdonelson.com

                Charles K. Grant (BPR #017081)
                Commerce Center, Suite 1000
                211 Commerce Street
                Nashville, Tennessee 37201
                (615) 726-5767 (Telephone)
                (615) 744-5767 (Facsimile)
                 cgrant@bakerdonelson.com

                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

        Charles P. Yezbak, III
        2002 Richard Jones Road, Suite B-200
        Nashville, TN 37215

                        s/ Charles A. Powell IV
                        Of Counsel