UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC THOMPSON, et al., | ) |
| Plaintiffs | ) |
| v. | ) NO. 3:07-0412 |
| | ) Judge Echols/Brown |
| BRUISTER & ASSOCIATES, INC., | ) |
| Defendant | ) |

**O R D E R**

A telephone conference was held with the parties in this matter on September 14, 2010. The parties have completed the current Nashville deposition and have additional depositions scheduled. The parties are directed to advise the Magistrate Judge of their deposition schedule. The Magistrate Judge has provided the parties with his office and cell phone numbers and the parties should contact the Magistrate Judge, if necessary, if they encounter difficulties during the depositions.

As a general matter, the Magistrate Judge believes that the rules should be strictly followed on depositions and that a break should not be taken while a question is pending. Likewise, speaking objections are not favored. Instructions for a witness not to answer a question should be limited to a claim of privilege or an instruction not to answer until the matter can be resolved by the Magistrate Judge. Fed. R. Civ. P. 30(c).

The attorneys in this matter are experienced and the Magistrate Judge anticipates that the need to contact him will be necessary.

It is so **ORDERED**.

<pre>
                                /s/ Joe B. Brown
                                JOE B. BROWN
                                United States Magistrate Judge
</pre>