UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC THOMPSON, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:07-00412 |
| | ) Judge Sharp |
| BRUISTER AND ASSOCIATES, INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) Defendants' unopposed Motions for Summary Judgment Against Aaron G. Beaty (Docket Nos. 607 & 619) are hereby GRANTED and that Plaintiff is hereby DISMISSED;

(2) The Motions for Summary Judgment Against Bobby Farris (Docket Nos. 610 & 620) are hereby GRANTED and that Plaintiff is hereby DISMISSED;

(3) The Motions for Summary Judgment Against Jimmy Jett (Docket Nos. 613 & 621) are hereby GRANTED and that Plaintiff is hereby DISMISSED; and

(4) The Motions for Summary Judgment Against Robert J. Tyner (Docket Nos. 615 & 622) are hereby GRANTED and that Plaintiff is hereby DISMISSED.

It is SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE