UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ERIC THOMPSON,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:07-00412 |
| | ) | **Judge Sharp** |
| | ) | |
| **BRUISTER AND ASSOCIATES, INC.,** *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant DirecTV LLC's Motion for Leave to File a Supplement to its Motion for Decertification (Docket No. 834) is hereby GRANTED, as is Plaintiffs' Motion to File a Response to that Supplement (Docket No. 836).

Further, and in accordance with the reasoning set forth in the accompanying Memorandum, the Court rules as follows:

(1) DirecTV LLC's Motion for Entry of Order Granting the Motion to Dismiss Collective Claims (Docket No. 694) is hereby DENIED;

(2) DirecTV LLC's Motion to Dismiss Collective Claims (Docket No. 604) is hereby DENIED;

(3) Defendant Herbert C. Bruister's Motion to Dismiss Collective Claims (Docket No. 605) is hereby DENIED;

(4) DirecTV LLC's Motion to Decertify Collective Action (Docket No. 674) is hereby DENIED; and

(5) The Motion to Decertify (Docket No. 676) filed by Bruister and Associates, Inc. and

1

Herbert C. Bruister is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE