UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ERIC THOMPSON**, *et al.*, | ) |
| | ) |
| **Plaintiffs**, | ) |
| | ) |
| v. | ) No. 3:07-00412 |
| | ) Judge Sharp |
| | ) |
| **BRUISTER AND ASSOCIATES, INC.**, | ) |
| *et al.*, | ) |
| | ) |
| **Defendants**. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) The Joint Motion to Stay and for Certification of Appeal (Docket No. 896) filed by Defendants Bruister and Associates, Inc., Herbert C. Bruister, and DirectTV LLC is hereby GRANTED, and the Court hereby CERTIFIES for Interlocutory Appeal this Court's Order and Memorandum (Docket Nos. 884 & 885) entered on August 23, 2013, to the extent it denied Defendants' Motion to Decertify;

(2) Defendant DirecTV's Motion to Stay and for Certification of Appeal (Docket No. 919) of this Court's Order and Memorandum (Docket Nos. 811 & 812) entered March 15, 2013, finding that DirectTV is a successor employer for purposes of the Fair Labor Standards Act is hereby DENIED; and

(3) In accordance with 28 U.S.C. § 1292(b) this case is hereby STAYED pending a decision of the United States Court of Appeals for the Sixth Circuit regarding certification of an interlocutory

1

appeal and/or a decision on this Court's ruling denying Defendants' Motions to Decertify.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE